# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| VIOLET JANE FLATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 1:19-cv-00089 |
| ) | |
| ANDREW SAUL, COMMISSIONER OF ) | JUDGE CAMPBELL |
| SOCIAL SECURITY ADMINISTRATION, ) | MAGISTRATE JUDGE FRENSLEY |
| ) | |
| Defendant. | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 19), which was filed on January 28, 2021. Through the Report and Recommendation, the Magistrate Judge recommends that Plaintiff's Motion for Judgment on the Record (Doc. No. 14) be denied and the Social Security Administration's decision be affirmed. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Plaintiff's Motion for Judgment on the Record (Doc. No. 14) is **DENIED**, and the decision of the Social Security Administration is **AFFIRMED**.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE